1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8

9   DR. NORRIS HOLLIE,

10            Plaintiff,                    No. C 10-5197 PJH

11       v.                                 **ORDER OF REFERENCE**
                                            **TO MAGISTRATE JUDGE**
12   CONCENTRA HEALTH SERVICES, INC.,

13            Defendant.
    _____/

14
          Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for
15
    resolution of all discovery disputes, including the current dispute set forth in plaintiff's
16
    counsel's November 28, 2011 letter to the court.  Any date for hearing on discovery
17
    motions previously noticed on the undersigned's calendar is VACATED.
18
          The parties shall contact the courtroom clerk of the assigned magistrate judge about
19
    that judge's procedures for resolving discovery disputes.  The information may also be
20
    available on the court's website.
21

22
    **IT IS SO ORDERED.**
23
    Dated:  November 29, 2011
24
                                            _____
25
                                            PHYLLIS J. HAMILTON
26                                          United States District Judge

27
    cc:  Lili, Assigned M/J, counsel of record
28